UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**BRADLEY SHOEMATE et al**,

    **Plaintiff,**

**v.**

**MICHAEL DROEGE**,

    **Defendants.**                        No. 13-cv-1214-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 10, 2016, this case is **DISMISSED** with prejudice.

                                **JUSTINE FLANAGAN,**
                                **ACTING CLERK OF COURT**

                        **BY:**       */s/Caitlin Fischer*
                                     **Deputy Clerk**

Dated:   October 18, 2016

                                Digitally signed by Judge
                                David R. Herndon
                                Date: 2016.10.18 08:57:39
                                -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT